[No. 51544-6-I.   Division One.   November 10, 2003.]

*In the Matter of the Marriage of* REBECCA BROWN, *Respondent,* and KEITH BROWN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 98-3-00150-3, Gregory P. Canova, J., entered November 15, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51582-9-I.   Division One.   November 10, 2003.]

THE STATE OF WASHINGTON, *Respondent,* v. STEVEN PHARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-02094-6, Ronald L. Castleberry, J., entered December 17, 2002. *Affirmed* by unpublished per curiam opinion.

[Nos. 51596-9-I; 51597-7-I.   Division One.   November 10, 2003.]

AMY J. MCCLURG, ET AL., *Respondents,* v. GEORGE L. ZACHER, ET AL., *Appellants.*

Appeals from a judgment of the Superior Court for King County, No. 00-2-30263-1, Richard McDermott, J., entered November 22, 2002. *Reversed* by unpublished opinion per Cox, A.C.J., concurred in by Baker and Kennedy, JJ.

[No. 51783-0-I.   Division One.   November 10, 2003.]

GRANGE INSURANCE ASSOCIATION, *Appellant,* v. WILLIAM F. JENSEN, ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King County, No. 01-2-02876-6, Catherine D. Shaffer, J., entered November 9, 2001. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, A.C.J., concurred in by Ellington and Schindler, JJ.